**LISA SCOLARI**
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
Lscolarilaw@earthlink.n

FEB 0 4 2020

TEL. (212) 227-8899                                                                                         FAX (212) 964-2926

February 4, 2020

Hon. Alison J. Nathan
U.S. District Court
40 Foley Sq.
New York, N.Y. 10007

Re: United States v. Raysette Mercedes,
19 Cr. 607 (AJN)

Your Honor:

    I write to request an adjournment of the plea in the above case currently scheduled for February 6, 2020 at 3:00. Ms. Mercedes was unable to meet with me to prepare for the plea as scheduled because one of her children fell ill.
    With the consent of the government, by Peter Davis, Esq., I request that the Court adjourn the plea to one of the following dates and times: Tuesday February 11, 2020 at any time, Wednesday February 12 at 12:00, Thursday February 13, 2020 at 9:30, or Tuesday February 18, 2020 any time before 3:00.

Respectfully,

*Lisa Scolari*

Lisa Scolari

The change of plea proceeding for Defendant Raysette Mercedes that is currently scheduled for February 6, 2020 is hereby adjourned to February 11, 2020 at 11:00 a.m.
SO ORDERED.

SO ORDERED:  2/4/20

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE