USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 1 6 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x

UNITED STATES OF AMERICA :

    - v. - :

RAYSETTE MERCEDES, :

    Defendant. :

---------------------------------- x

~~[PROPOSED]~~ ORDER

19 Cr. 607 (AJN)

WHEREAS, with the defendant's consent, his guilty plea allocution was made before United States Magistrate Judge Kevin Nathaniel Fox on March 3, 2020;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court;

WHEREAS, a copy of the plea agreement between the defendant and the Government was transmitted to the District Court;

WHEREAS, the parties stipulate and agree that the bank discussed in the defendant's plea allocution was insured by the Federal Deposit Insurance Corporation at the time of the fraud; and

WHEREAS, upon review of that transcript, plea agreement, and above-referenced stipulation, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated: New York, New York
       March 10, 2020

_____
THE HONORABLE ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK