UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE F  MAR 1 6 2020

United States of America,

—v—

Raysette Mercedes,

Defendant.

19-CR-607-3 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The sentencing for Defendant Raysette Mercedes is hereby set for July 17, 2020 at 11:00 a.m. The Court sets the schedule for sentencing submissions as follows. Sentencing submissions from the Defendant are due on or before July 10, 2020. The Government's submission is due on or before July 14, 2020.

SO ORDERED.

Dated: March 16, 2020
      New York, New York

ALISON J. NATHAN
United States District Judge