USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/25/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Raysette Mercedes,

              Defendant.

19-CR-607-3 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Due to the Court's unavailability, the sentencing for Defendant Raysette Mercedes currently scheduled for July 17, 2020 is hereby adjourned to July 24, 2020 at 11:00 a.m. Sentencing submissions from the Defendant are now due on or before July 17, 2020. The Government's submission is now due on or before July 21, 2020.

    SO ORDERED.

Dated: June 25, 2020
       New York, New York

                                      ALISON J. NATHAN
                                  United States District Judge