**LISA SCOLARI**
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
Lscolarilaw@earthlink.net

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/20/2020
```

TEL. (212) 227-8899                                                                 FAX (212) 964-2926

August 16, 2020

Hon. Alison J. Nathan
United States District Court
40 Foley Square
New York, N.Y. 10007
*via ECF*

**Re: United States v. Raysette Mercedes**,
19 Cr. 607 (AJN)

Your Honor:

    I write to request that the Court permit a temporary suspension of Raysette Mercedes travel restrictions so that she may take her children to the Poconos, PA for a brief break from the city. If permitted she will leave on August 21, 2020 and return on August 23, 2020. Ms. Mercedes' Pretrial Officer Marlon Ovalle reports that she has been in complete compliance with her release conditions and he has no objection to the travel request. If she is permitted to take the trip, Ms. Mercedes will stay in contact with her pretrial officer and provide him with the details of her trip and where she will be staying. The government by, Peter Davis, Esq., consents to this application.

    Therefore I request that the Court permit a temporary lifting of Ms. Mercedes travel conditions so that she may go to the Poconos from 8/21-23/2020.

                           Respectfully,

                             *Lisa Scolari*
                           Lisa Scolari

SO ORDERED:

_____   8/20/2020
HON. ALISON J. NATHAN