

**LISA SCOLARI**
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com

TEL. (212) 227-8899             FAX (212) 964-2926

April 26, 2021

Hon. Alison J. Nathan
United States District Court
40 Foley Square
New York, N.Y. 10007
*via ECF*

           **Re: United States v. Raysette Mercedes**,
               19 Cr. 607 (AJN)

Your Honor:

     I write to request an adjournment of Raysette Mercedes' sentence, currently scheduled for May 5, 2021, to a date in early/ mid-July, 2021, due to the covid-19 pandemic. The Court has permitted the defense to hire a mitigation expert and the pandemic has impacted the specialists' ability to proceed in a timely manner. We request the adjournment so that the specialists can complete their work.
     The government, by Peter Davis, Esq., does not consent to this request "given how long this has been pending".

                             Respectfully,

                             *Lisa Scolari*
                             Lisa Scolari

4/26/2021

SO ORDERED: /s/ Alison J. Nathan

_____
HON. ALISON J. NATHAN

> The sentencing scheduled for May 5, 2021, is adjourned to July 6, 2021, at 3:00 p.m. The Court will grant no further adjournments.
> SO ORDERED.