**LISA SCOLARI**
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com

TEL. (212) 227-8899         FAX (212) 964-2926

June 30, 2021

Hon. Alison J. Nathan
United States District Court
40 Foley Square
New York, N.Y. 10007
*via ECF*

**Re: United States v. Raysette Mercedes**,
19 Cr. 607 (AJN)

Your Honor:

    I write to request that the Court direct that docket number 95 of 19 Cr. 607 (AJN) erroneously filed in violation of the redaction rules remain under seal. I filed a sentencing memo and an exhibit on behalf of Raysette Mercedes last night and failed to redact confidential information including the full names and identifying information for Ms. Mercedes' minor children.
    The ECF help desk has put the filing under "emergency seal" but requires an order from this Court to make the sealing permanent. I will file a properly redacted version of the documents today and request that the Court order docket number 95 remain under permanent seal.

Respectfully,

*Lisa Scolari*

Lisa Scolari

SO ORDERED:

_____
HON. ALISON J. NATHAN

6/30/2021