UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/2/2021

United States of America,

—v—

Raysette Mercedes,

        Defendant.

19-cr-607 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court will conduct the sentencing scheduled for July 6, 2021, at 3:00 p.m. by videoconference via the Microsoft Teams platform. Members of the public may access audio of the proceeding at the scheduled time by dialing 917-933-2166 and entering conference ID 538749285#. The Court will separately provide the parties information for accessing the video proceeding.

SO ORDERED.

Dated: July 2, 2021
      New York, New York

_____
ALISON J. NATHAN
United States District Judge