```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                    -v-

Raysette Mercedes           ,
                            Defendant(s).
------------------------------------------------------------X
```

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: 7/6/2021

**CONSENT TO PROCEED BY TEL/VIDEOCONFERENCE**

19 -CR- 607 (AJN) (__)

Defendant __Raysette Mercedes_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

_X_ sentencing


Raysette Mercedes by Lisa Scolari

_____ Defendant's Signature
(Judge may obtain verbal consent
on Record and Sign for Defendant)

___Raysette Mercedes_____
Print Defendant's Name

___Lisa _Scolari_____
Counsel's Signature


_____Lisa Scolari_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

_____7/2/2021___          _____ /s/ Alison J. Nathan  7/6/2021
_ _____ Date                U.S. District Judge/U.S. Magistrate Judge