UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

                                       :

UNITED STATES OF AMERICA

                                       :     CONSENT PRELIMINARY ORDER
          - v. -                             OF FORFEITURE/
                                       :     MONEY JUDGMENT

RAYSETTE MERCEDES,

                                       :     19 Cr. 607 (AJN)

                   Defendant.

                                       :

- - - - - - - - - - - - - - - - - x

        WHEREAS, on or about August 26, 2019, RAYSETTE MERCEDES
(the "defendant") was charged in a three-count Indictment (the
"Indictment"), with conspiracy to commit bank fraud, in violation
of Title 18, United States Code, Section 1349 (Count One); bank
fraud, in violation of Title 18, United States Code, Sections 1344
and 2 (Count Two); and aggravated identity theft in violation of
Title 18, United States Code, Sections 1028A(a)(1), 1028A(b), and
2 (Count Three);

        WHEREAS, the Indictment included a forfeiture allegation
as to Count One of the Indictment, seeking forfeiture to the United
States, pursuant to Title 18, United States Code, Sections
982(a)(2)(A), of any and all property constituting or derived from,
proceeds obtained directly or indirectly, as a result of the
commission of the offense charged in Count One of the Indictment,
including but not limited to a sum of money in United States
currency representing the amount of proceeds traceable to the
commission of the offense charged in Count One of the Indictment;

*March 3 ꝑꝺ*

WHEREAS, on or about ~~February 11~~, 2020, the defendant pled guilty to Count One of the Indictment, pursuant to a plea agreement with the Government, wherein the defendant admitted the forfeiture allegation with respect to Count One of the Indictment and agreed to forfeit, pursuant to Title 18, United States Code, Section 982(a)(2)(A), a sum of money equal to $262,090.71 in United States currency representing any and all property, constituting or derived from proceeds obtained directly or indirectly as a result of the commission of the offense charged in Count One of the Indictment;

WHEREAS, the defendant consents to the entry of a money judgment in the amount of $262,090.71 in United States currency representing the amount of proceeds traceable to the offense charged in Count One of the Indictment that the defendant personally obtained; and

WHEREAS, the defendant admits that, as a result of acts and/or omissions of the defendant, the proceeds traceable to the offense charged in Count One of the Indictment that the defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Geoffrey S. Berman, United States Attorney, Assistant United States Attorney, Peter J.

Davis of counsel, and the defendant, and her counsel, Lisa Scolari, Esq., that:

1.     As a result of the offense charged in Count One of the Indictment, to which the defendant pled guilty, a money judgment in the amount of $262,090.71 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count One of the Indictment that the defendant personally obtained, shall be entered against the defendant.

2.     Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the defendant, RAYSETTE MERCEDES, and shall be deemed part of the sentence of the defendant, and shall be included in the judgment of conviction therewith.

3.     All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable, in this instance to the "United States Marshals Service", and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Asset Forfeiture Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the defendant's name and case number.

4.    The United States Marshals Service is authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5.    Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the defendant up to the uncollected amount of the Money Judgment.

6.    Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7.    The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

8.    The Clerk of the Court shall forward three certified copies of this Consent Preliminary Order of Forfeiture/Money Judgment to Assistant United States Attorney Alexander J. Wilson, Co-Chief of the Money Laundering and

Transnational Criminal Enterprises Unit, United States Attorney's

Office, One St. Andrew's Plaza, New York, New York 10007.

9.    The signature page of this Consent Preliminary

Order of Forfeiture/Money Judgment may be executed in one or more

counterparts, each of which will be deemed an original but all of

which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: _____            2/9/20
      PETER J. DAVIS                           DATE
      Assistant United States Attorney
      One St. Andrew's Plaza
      New York, NY 10007
      (212)637-2468


RAYSETTE MERCEDES

By: _____            _____
      RAYSETTE MERCEDES                         DATE

By: _____            3/3/20
      LISA SCOLARI, ESQ.                        DATE


SO ORDERED:

_____                 7/19/2021
HONORABLE ALISON J. NATHAN                      DATE
UNITED STATES DISTRICT JUDGE