UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America<br><br>v.<br><br>Raysette Mercedes,<br><br>                   Defendant. | **Order of Restitution**<br><br>19 Cr. 607 (AJN) |

Upon the application of the United States of America, by its attorney, Audrey Strauss, United States Attorney for the Southern District of New York, Peter J. Davis, Assistant United States Attorney, of counsel; the presentence investigation report; the Defendant's conviction on Count One the above Indictment; and all other proceedings in this case, it is hereby ORDERED that:

**Amount of Restitution.** Raysette Mercedes, the Defendant, shall pay restitution in the total amount of $142,634 to the victim of the offense charged in Count One of the Indictment. The names, addresses, and specific amounts owed to the victim are set forth in the schedule attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

Dated: New York, New York

      July 19          , 2021

                                                            _____
                                                              UNITED STATES DISTRICT JUDGE

09.10.2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| United States of America | **Schedule for Order of Restitution** |
|---|---|
| v. | **19 Cr. 607 (AJN)** |
| Raysette Mercedes, | |
| Defendant. | |

| Name | Address | Amount |
|---|---|---|
| Bank of America | Bank of America Recovery Services<br>MO1-800-06-15<br>800 Market ST<br>Saint Louis, MO 63101<br>FRD-2018080245645 | $142,634 |

09.10.2013